IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WANETTA PREMUSCA, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00005-TES |
| | * |
| DKC TRANSPORTATION, LLC; TONY ROBBINS; JOHN DOE; and JOHN DOE, LLC, | * |
| Defendants. | * |

## JUDGMENT

Pursuant to this Court's Order dated January 26, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 26th day of January, 2022.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk